IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 10-CV-80737-HURLEY/HOPKINS
(Consolidated with Case No. 10-CV-80738-HURLEY/HOPKINS for the Receivership)

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
Plaintiff,

v.

TRADE-LLC, et al.,
Defendants,

v.

BD LLC, et al.,
Relief Defendants.
_____/

COMMODITY FUTURES TRADING
COMMISSION,
Plaintiff,

v.

TRADE-LLC, et al.,
Defendants,

BD LLC, et al.,
Relief Defendants.
_____/

## ORDER GRANTING RECEIVER'S MOTION FOR ATTORNEYS' FEES AND COSTS

**THIS CAUSE** is before the court upon the fifth motion of Receiver Jeffrey C. Schneider and Levine Kellogg Lehman Schneider + Grossman LLP (the "Law Firm") for interim compensation to pay attorneys' fees and costs incurred during the period of June 1, 2011 through August 31, 2011 [DE # 148].[1] The Securities and Exchange Commission has reviewed the instant motion and attached billing records, and has no objection to the request.

---

[1] On October 13, 2010, the court granted the Receiver's and the Law Firm's first motion for interim compensation of fees and costs for the period of June 23, 2010 to August 31, 2010. *See* DE # 50. On January 4, 2011, the court granted their second motion for interim compensation of

This case involves an alleged Ponzi scheme that defrauded investors out of over $28 million. The court appointed Mr. Schneider as Receiver to initiate litigation on behalf of the Receivership Entities to preserve and maintain their assets for the benefit of investors and creditors. After appointment, the Receiver retained the Law Firm to provide legal services to the Receivership Estate. Among other things, the Receiver and the Law Firm have secured funds derived from investors, have settled several disputes with receivership targets, have sold several receivership properties, have created a Proof of Claim form, have mailed over 1,500 Proof of Claim forms to potential claimants, have analyzed the submitted Proof of Claim forms, have moved for a distribution procedure and objection procedure, and have moved for a first distribution.

As interim compensation for their efforts, the Receiver requests $6,786.00 in fees and the Law Firm requests $167,900.00 in fees and $4,140.71 in costs. A receiver who "reasonably and diligently discharges his duties" is entitled to compensation. *See SEC v. Elliot,* 953 F.2d 1560, 1577 (11th Cir. 1992). "Whether a receiver merits a fee is based on the circumstances surrounding the receivership, and results are always relevant." *Id.* (citations and quotations omitted).[2]

---

fees and costs for the period of September 1, 2010 to November 30, 2010. *See* DE # 80. On May 31, 2011, the court granted their third motion for interim compensation of fees and costs for the period of December 1, 2010 through February 28, 2011. *See* DE # 114. On September 16, 2011, the court granted the Receiver's and the Law Firm's fourth motion for interim compensation of fees and costs for the period of March 1, 2011 through May 31, 2011. *See* DE # 135.

[2] Other relevant factors, which the court has considered, include: (1) the time and labor required; (2) the novelty and difficulty of the legal questions; (3) the skill required to perform the legal services properly; (4) the preclusion of other employment by the attorney due to acceptance of the case; (5) the customary fee for similar work in the community; (6) whether the fee is fixed or contingent; (7) time limitations imposed by the client or the circumstances; (8) the amount involved and the results obtained; (9) the experience, reputation, and ability of the attorney; (10) the under-desirability of the case; (11) the nature and length of the professional relationship with the client; and (12) awards in similar cases. *See Johnson v. Georgia Highway Express, Inc.,* 488 F.2d 714 (5th Cir. 1974).

The court has carefully reviewed the Receiver's and Law Firm's efforts in this case and is well-satisfied with the quality and diligence of their work as well as the results they have achieved thus far. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The motion of Receiver Jeffrey C. Schneider and Levine Kellogg Lehman Schneider + Grossman LLP for interim compensation to pay attorneys' fees and costs incurred during the period of June 1, 2011 through August 31, 2011 [DE #148] is **GRANTED.**

2. The Receiver is authorized and directed to pay, from the assets of the Receivership Estate, a total of $178,826.71 (one hundred seventy eight thousand eight hundred twenty six dollars and seventy one cents) to pay for the fees and costs identified in the instant motion.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida, this 7 day of Nov., 2011.

Daniel T.K. Hurley
United States District Judge

*Copies provided to counsel of record*