EXHIBIT B

THIRD INTERIM FEE APPLICATION
SECURITIES AND EXCHANGE COMMISSION vs. TRADE LLC, et al
DETAILED TIME RECORDS BY ACTIVITY CODE CATEGORY
August 8, 2011 through February 28, 2012

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| KFOS | 08/08/11 | 0.10 | 225.00 | 22.50 | Telephone call w/MIB re: tax returns 2010 and info needed to prepare, coordinate w/SK |
| STKE | 08/08/11 | 1.80 | 225.00 | 405.00 | Correspondence with Receiver concerning data necessary to prepare tax returns: Conference with Receivership administrator. |
| KFOS | 08/09/11 | 0.40 | 225.00 | 90.00 | Discuss tax data issues w/SK & MIB |
| KFOS | 08/09/11 | 1.00 | 225.00 | 225.00 | Review data received from receiver |
| MORB | 08/09/11 | 3.70 | 250.00 | 925.00 | Review year end financial data and tax considerations. |
| KFOS | 08/10/11 | 0.40 | 225.00 | 90.00 | Phone calls and emails with MIB re: tax returns 2010 |
| MORB | 08/11/11 | 5.60 | 250.00 | 1,400.00 | Review year end financial data and tax considerations. |
| KFOS | 08/12/11 | 1.30 | 225.00 | 292.50 | Continue review of documents received, prepare list of info needed for preparation of income tax returns 2010 |
| MORB | 08/12/11 | 4.30 | 250.00 | 1,075.00 | Review year end financial data and tax considerations. |
| STKE | 08/12/11 | 1.00 | 225.00 | 225.00 | Research missing information to assist in preparation of Federal Income Tax return and e mail to counsel concerning same |
| KFOS | 08/15/11 | 0.10 | 225.00 | 22.50 | Discuss tax issues w/SK |
| KFOS | 08/18/11 | 1.30 | 225.00 | 292.50 | Gather and give 2010 tax info to JM for file setup in re: tax return preparation |
| JMAS | 08/23/11 | 0.25 | 225.00 | 56.25 | Tax returns |
| MORB | 08/23/11 | 1.20 | 250.00 | 300.00 | Review data received from Patrick. |
| KFOS | 08/24/11 | 0.50 | 225.00 | 112.50 | Review data sent by Receiver's office |
| KFOS | 08/24/11 | 0.20 | 225.00 | 45.00 | Email to Receiver for ownership not supplied |
| KFOS | 08/24/11 | 3.70 | 225.00 | 832.50 | Adjust QuickBooks 2010 supplied by Receiver |
| JMAS | 08/25/11 | 5.50 | 225.00 | 1,237.50 | Tax returns |
| KFOS | 08/25/11 | 0.40 | 225.00 | 90.00 | Explain Trade LLC 2010 books to JM for tax preparation |
| JMAS | 08/31/11 | 0.85 | 225.00 | 191.25 | Tax returns |
| JMAS | 09/01/11 | 2.25 | 225.00 | 506.25 | Tax returns |
| KFOS | 09/01/11 | 0.20 | 225.00 | 45.00 | Discuss tax return issues w/MIB |
| KFOS | 09/01/11 | 0.10 | 225.00 | 22.50 | Email to Rengstl for depo describing ownership |
| MORB | 09/01/11 | 3.80 | 250.00 | 950.00 | Year end and disclosure statement analysis. |
| KFOS | 09/02/11 | 2.90 | 225.00 | 652.50 | Review five (5) returns prepared by JM and note changes to be made, give to LO for changes |
| KFOS | 09/03/11 | 3.30 | 225.00 | 742.50 | Revise JM prepared tax returns and letters |



| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| KFOS | 09/03/11 | 2.00 | 225.00 | 450.00 | Prepare Disclosure Statement |
| KFOS | 09/03/11 | 0.10 | 225.00 | 22.50 | Forward to RW for review |
| KFOS | 09/06/11 | 0.30 | 225.00 | 67.50 | Discuss returns review by/with RW |
| KFOS | 09/06/11 | 1.80 | 225.00 | 405.00 | Revise Disclosure Statement and tax returns per RW review |
| KFOS | 09/06/11 | 0.10 | 225.00 | 22.50 | Forward to processing dept. |
| MORB | 09/06/11 | 1.80 | 250.00 | 450.00 | Research Re Disclosure statement. |
| JAMU | 09/07/11 | 2.50 | 40.00 | 100.00 | 2010 1065 Bankruptcy Tax Returns- (5 Entities) |
| KFOS | 09/07/11 | 0.10 | 225.00 | 22.50 | Discuss 2010 tax return issues w/MIB and email Disclosure Statement to him |
| RIWE | 09/07/11 | 1.40 | 225.00 | 315.00 | Review complaints and motions and compare to disclosure on all tax returns |
| KFOS | 09/08/11 | 0.40 | 225.00 | 90.00 | Discuss Disclosure Statement and issues re: 2010 returns with MIB |
| MORB | 09/08/11 | 3.40 | 250.00 | 850.00 | Worked on disclosure statement for all five entities. |
| KFOS | 09/09/11 | 1.00 | 225.00 | 225.00 | Make changes to Disclosure Statement and return(s) Schedule B-1 and give to processing dept. for re-processing |
| KFOS | 09/12/11 | 0.50 | 225.00 | 112.50 | Discuss Disclosure Statement issues w/MIB |
| KFOS | 09/12/11 | 0.50 | 225.00 | 112.50 | Call Mr. Rengstl and discuss his concerns/proposed changes. |
| MORB | 09/13/11 | 4.60 | 250.00 | 1,150.00 | Sign off and Last review of all files. |
| KFOS | 10/6/2011 | 0.50 | 225.00 | 112.50 | Respond to Receiver re IRS notice in connection with no FEIN for CMJ Capital |
| KFOS | 10/7/2011 | 0.20 | 225.00 | 45.00 | Email traffic re prompt determination letters |
| KFOS | 10/10/2011 | 0.80 | 225.00 | 180.00 | Tax research re Prompt Assessment by a Receiver |
| KFOS | 10/11/2011 | 0.70 | 225.00 | 157.50 | Discuss with MIB re tax returns and print prompt assessment research (per 505(b) requests denied for pass-through entities), info to CR for research re prompt assessment and what a Receiver can file with IRS to get assurance that no tax/penalty liability |
| RAWS | 10/26/2011 | 1.00 | 225.00 | 225.00 | research prompt determination for receivership |
| KFOS | 11/17/2011 | 1.60 | 225.00 | 360.00 | Read and resolve issues re IRS correspondence Center Richmond LLC and CMJ Capital LLC |
| KFOS | 11/17/2011 | 0.30 | 225.00 | 67.50 | Email to DA re 1099-R issues in connection with distributions to IRA account holders |
| KFOS | 11/17/2011 | 0.50 | 225.00 | 112.50 | Discuss 1099 issues w/CR and MIB and JS and PR |
| RAWS | 11/17/2011 | 1.50 | 225.00 | 337.50 | Research related to 1099R reporting |
| DAPP | 11/18/2011 | 0.40 | 250.00 | 100.00 | Open WIP from Practice |
| RAWS | 11/18/2011 | 0.50 | 225.00 | 112.50 | Research information regarding withholding requirements |
| RAWS | 11/18/2011 | 0.50 | 225.00 | 112.50 | Review letter from attorney, make changes and send email to Morris regarding same. |
| DAPP | 11/21/2011 | 1.00 | 250.00 | 250.00 | Review of receiver correspondence Re: IRA and pension accounting |

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| JSTR | 11/21/2011 | 1.00 | 225.00 | 225.00 | Phone/meetings with David Appel and Morris Berger re IRA distribution rules for a receivership |
| JSTR | 11/21/2011 | 1.50 | 225.00 | 337.50 | Update client letter to beneficiaries re IRA distribution rules for a receivership |
| JSTR | 11/21/2011 | 3.50 | 225.00 | 787.50 | Research IRA distribution rules in receivership |
| RWEI | 11/21/2011 | 0.35 | 225.00 | 78.75 | Telephone discussions and emails with atty's re: Tax Returns |
| RWEI | 11/21/2011 | 0.35 | 225.00 | 78.75 | Changes to 2010 Tax Returns - Trade LLC |
| RWEI | 11/21/2011 | 0.35 | 225.00 | 78.75 | Changes to 2010 Tax Returns - CMJ Capital LLC |
| RWEI | 11/21/2011 | 0.35 | 225.00 | 78.75 | Changes to 2010 Tax Returns - BD LLC |
| RWEI | 11/21/2011 | 0.35 | 225.00 | 78.75 | Changes to 2010 Tax Returns - Twitt LLC |
| RWEI | 11/21/2011 | 0.35 | 225.00 | 78.75 | Changes to 2010 Tax Returns - Center Richmond |
| DAPP | 11/22/2011 | 1.00 | 250.00 | 250.00 | Partner work on retirement IRA tax issues |
| JSTR | 11/22/2011 | 1.40 | 225.00 | 315.00 | Phone/meetings with David Appel and Morris Berger re IRA distribution rules for a receivership |
| JSTR | 11/22/2011 | 1.50 | 225.00 | 337.50 | Update client letter to beneficiaries re IRA distribution rules for a receivership |
| JSTR | 11/22/2011 | 2.90 | 225.00 | 652.50 | Research IRA distribution rules in receivership |
| LSOO | 11/22/2011 | 0.20 | 40.00 | 8.00 | 2010 1065 Bankruptcy Rework CMJ Capital LLC |
| DAPP | 11/23/2011 | 2.50 | 250.00 | 625.00 | Partner work on distribution to IRA investors and related tax issues |
| JSTR | 11/23/2011 | 0.50 | 225.00 | 112.50 | Phone/meetings with David Appel and Morris Berger re IRA distribution rules for a receivership |
| JSTR | 11/23/2011 | 0.70 | 225.00 | 157.50 | Update client letter to beneficiaries re IRA distribution rules for a receivership |
| JSTR | 11/23/2011 | 1.10 | 225.00 | 247.50 | Research IRA distribution rules in receivership |
| JSTR | 11/28/2011 | 0.90 | 225.00 | 202.50 | Finalize research based on Wednesday's phone call with client re IRA distribution filing requirements and inclusion of conclusions in letter to beneficiaries |
| JSTR | 11/28/2011 | 0.60 | 225.00 | 135.00 | Finalize update to client letter to beneficiaries re taxation of IRA distrivutions |
| RAWS | 11/28/2011 | 2.00 | 225.00 | 450.00 | research related to distributions to IRAspension funds including 60 day rule, 365 day rule, withholding, etc. |
| JSTR | 11/29/2011 | 0.30 | 225.00 | 67.50 | Prep for phone call phone call with client re filing requirements for IRA distributions |
| JSTR | 11/29/2011 | 0.40 | 225.00 | 90.00 | Phone call phone call with client re filing requirements for IRA distributions |
| KFOS | 11/29/2011 | 0.30 | 225.00 | 67.50 | Review email traffic re WH from distributions (CR research) and status of revised tax return CMJ Capital |
| RAWS | 11/29/2011 | 0.50 | 225.00 | 112.50 | phone call with Jeff regarding distributions to IRAspension funds |

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| KFOS | 11/30/2011 | 0.30 | 225.00 | 67.50 | Review CMJ tax return revision and to EW for scanning setup |
| KFOS | 11/30/2011 | 0.20 | 225.00 | 45.00 | Scan to GFR of Levine et al letter with IRS notice |
| KFOS | 11/30/2011 | 0.20 | 225.00 | 45.00 | Follow up w/MIB re: penalty notice received |
| KFOS | 11/30/2011 | 1.50 | 225.00 | 337.50 | Prepare IRS letter re: penalty incl. pull certified receipts discuss w/MIB |
| KFOS | 12/1/2011 | 0.70 | 225.00 | 157.50 | Review certified receipts and email from PR |
| KFOS | 12/1/2011 | 0.10 | 225.00 | 22.50 | Discuss w/MIB |
| KFOS | 12/1/2011 | 0.50 | 225.00 | 112.50 | Revise IRS letter and send out letter |
| KFOS | 12/2/2011 | 0.10 | 225.00 | 22.50 | Telephone call w MIB re: penalties, unfiled tax returns & POA needed |
| DAPP | 12/5/2011 | 1.00 | 250.00 | 250.00 | Partner work on responses for receiver |
| JSTR | 12/5/2011 | 0.30 | 225.00 | 67.50 | Memo to file re phone call with receiver |
| DAPP | 12/6/2011 | 0.20 | 250.00 | 50.00 | Partner work on responses for receiver |
| JSTR | 12/6/2011 | 0.40 | 225.00 | 90.00 | Phone call with Bruce Baker re email to Jeffrey Schneider |
| JSTR | 12/6/2011 | 0.30 | 225.00 | 67.50 | Review and respond to client emails re taxation of IRA distributions |
| JSTR | 12/6/2011 | 0.20 | 225.00 | 45.00 | research client questions re taxation of IRA distributions |
| DAPP | 12/7/2011 | 0.30 | 250.00 | 75.00 | Partner work on responses for receiver |
| KFOS | 12/8/2011 | 0.10 | 225.00 | 22.50 | Review and save POA's signed by MIB |
| KFOS | 12/8/2011 | 0.10 | 225.00 | 22.50 | Reply to PR |
| KFOS | 12/8/2011 | 0.10 | 225.00 | 22.50 | Forward to MIB to call IRS |
| DAPP | 1/3/2012 | 0.50 | 250.00 | 125.00 | Partner work on 2011 year-end 1099's |
| KFOS | 1/3/2012 | 0.20 | 225.00 | 45.00 | Other Services- Re-send POAs to MIB to call IRS |
| YGAL | 1/3/2012 | 0.33 | 225.00 | 74.25 | Met with Ana Salazar & Jeffrey Schneider to discuss 1099-R and what is needed to proceed. |
| DAPP | 1/4/2012 | 0.50 | 250.00 | 125.00 | Partner work on 1099's |
| JSTR | 1/4/2012 | 0.20 | 225.00 | 45.00 | Review and edit memo to Jeffrey Schneider |
| JSTR | 1/4/2012 | 0.20 | 225.00 | 45.00 | Meeting with David Appel |
| KFOS | 1/4/2012 | 0.10 | 225.00 | 22.50 | Other Services- Re-send POAs to MIB to call IRS |
| YGAL | 1/4/2012 | 2.00 | 125.00 | 250.00 | Memo to/from Client-met with Mr. Appel and Mr. Strohmenger and typed memo. |
| YGAL | 1/4/2012 | 1.30 | 125.00 | 162.50 | Met with Ana Salazar & Jeffrey Schneider to discuss 1099-R and what is needed to proceed. |
| DAPP | 1/13/2012 | 0.20 | 250.00 | 50.00 | Partner work on 1099 issues |
| JSTR | 1/13/2012 | 0.30 | 225.00 | 67.50 | Corresponding with client |
| DAPP | 1/16/2012 | 0.20 | 250.00 | 50.00 | Partner work on 1099's |
| YGAL | 1/18/2012 | 1.10 | 125.00 | 137.50 | At the client's office assisting Ms. Salazar with 1099-R. |
| KFOS | 1/20/2012 | 0.10 | 225.00 | 22.50 | Federal Tax Preparation-discuss IRS call needed w/POA re: entity tax returns filed/(not) by defendants (with MIB) and 8821 prep. |
| KFOS | 1/23/2012 | 0.60 | 225.00 | 135.00 | Bankruptcy - Tax Issues-prepare Forms 8821 for 5 entities and email to Receiver for signature |
| JSTR | 1/24/2012 | 0.20 | 225.00 | 45.00 | Review email from client, respond to client |

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| JSTR | 1/25/2012 | 0.20 | 225.00 | 45.00 | Review email from client, respond to client |
| DAPP | 1/27/2012 | 0.10 | 250.00 | 25.00 | Partner work on 1099's |
| JSTR | 1/30/2012 | 0.50 | 225.00 | 112.50 | Review Forms 1099 at client office |
| YGAL | 1/30/2012 | 1.50 | 125.00 | 187.50 | At a meeting with Ms. Salazar to review 1099R forms prepared by her. |
| KFOS | 1/31/2012 | 0.80 | 225.00 | 180.00 | Bankruptcy - Tax Issues-call IRS with Forms 8821 to inquire if tax returns have ever been filed by (5) entities |
| KFOS | 2/1/2012 | 0.60 | 225.00 | 135.00 | Telephone call IRS legal dept. |
| KFOS | 2/1/2012 | 1.60 | 225.00 | 360.00 | Prepare four (4) Forms 56 and IRS letter re: potential delinquent previous years' tax returns |
| KFOS | 2/1/2012 | 0.20 | 225.00 | 45.00 | Send to IRS letter and Form (S) 56 and to Receiver for review and signature |
| KFOS | 2/2/2012 | 0.70 | 225.00 | 157.50 | Review IRS response to Receiver letter 12/1/11 re: CMJ and explain to/advise Receiver; save in S: |
| DAPP | 2/3/2012 | 0.20 | 250.00 | 50.00 | Partner work on 1099 issues |
| JSTR | 2/3/2012 | 0.10 | 225.00 | 22.50 | Correspond with client re income tax filing |
| JSTR | 2/3/2012 | 0.20 | 225.00 | 45.00 | Meeting with David Appel re income tax filing |
| KFOS | 2/3/2012 | 0.20 | 225.00 | 45.00 | Review IRS response to Receiver letter 12/1/11 re: CMJ and explain to/advise Receiver; save in S: |
| DAPP | 2/6/2012 | 0.20 | 250.00 | 50.00 | Partner work on response to emails – Re: 1099's |
| JSTR | 2/6/2012 | 0.30 | 225.00 | 67.50 | Corresponding with client, research Form 1099-MISC filing requirements |
| KFOS | 2/6/2012 | 0.40 | 225.00 | 90.00 | Email traffic re: CMJ Capital penalty notice, 1099's received |
| JSTR | 2/7/2012 | 0.10 | 225.00 | 22.50 | Respond to client email re income tax filing |
| JSTR | 2/7/2012 | 0.10 | 225.00 | 22.50 | Review letter from Receiver to receivership beneficiaries |
| KFOS | 2/8/2012 | 0.20 | 225.00 | 45.00 | Federal Tax Preparation-scan and save 2011 Roadsafe 1099-MISC to S:, setup 2011 directories |
| KFOS | 2/13/2012 | 1.20 | 225.00 | 270.00 | Prepare one IRS letter re: CMJ Capital LLC in response to (2) conflicting letters from IRS - one IRS letter (2/1) says penalties have been removed; second IRS letter (2/6) says penalties and interest have only partially been removed |
| KFOS | 2/13/2012 | 0.10 | 225.00 | 22.50 | Email to MIB for review. |
| KFOS | 2/15/2012 | 0.10 | 225.00 | 22.50 | Review IRS issues re: CMJ and penalty letter w/MIB |
| KFOS | 2/15/2012 | 0.10 | 225.00 | 22.50 | Coordinate IRS letter mailing |
| KFOS | 2/15/2012 | 0.10 | 225.00 | 22.50 | Email copy of IRS letter to Receiver |
| JSTR | 2/27/2012 | 0.30 | 225.00 | 67.50 | Meetings with Yvonne Galaraza re 1099 filings, research same |
| DAPP | 2/28/2012 | 0.20 | 250.00 | 50.00 | Partner work on 1099's |
| JSTR | 2/28/2012 | 0.30 | 225.00 | 67.50 | Phone call with David Appel re 1099 filings |
| YGAL | 2/28/2012 | 0.35 | 125.00 | 43.75 | Meeting with Mr. Appel regarding 1099-R recipient's missing social security numbers. |

| STAFF | DATE | HOURS | RATE | AMOUNT | DESCRIPTION |
|---|---|---|---|---|---|
| RIWE | 9/6//11 | 1.00 | 225.00 | 225.00 | Review complaints and motions for proper disclosure on Tax Returns |
| RIWE | 9/6//11 | 0.85 | 225.00 | 191.25 | Review 2010 Tax return - Trade LLC |
| RIWE | 9/6//11 | 0.85 | 225.00 | 191.25 | Review 2010 Tax return - CMJ Capital LLC |
| RIWE | 9/6//11 | 0.85 | 225.00 | 191.25 | Review 2010 Tax return - BD LLC |
| RIWE | 9/6//11 | 0.85 | 225.00 | 191.25 | Review 2010 Tax return - Twitt LLC |
| RIWE | 9/6//11 | 0.85 | 225.00 | 191.25 | Review 2010 Tax return - Center Richmond LLC |
| | | **116.48** | | **$ 29,471.00** | |

Client Expense

| | | | | | |
|---|---|---|---|---|---|
| CLNT | 09/23/11 | - | | 19.46 | Fed Ex Inv#7-633-59826 Trk#7975 1342 3317 9/13/11 |
| CLNT | 9/28/2011 | - | | 1.12 | Administration Fee |
| CLNT | 10/10/2011 | - | | 2.48 | Administration Fee |
| CLNT | 11/30/2011 | - | | 16.83 | Postage / Messenger / Copies |
| | | | **TOTAL** | **$ 29,510.89** | |