## JACK ACKERMAN
Lawyer
P.O. Box 19512
West Palm Beach, Florida 33416        Cell Telephone (561) 350 – 8050

February 5, 2010

Laurence U. Taube, Esq.
500 Australian Avenue
Suite 630                    and
West Palm Beach, Florida 33401

Jonathan B. Butler, Esq.
Fowler White Burnett
901 Phillips Pointe West
777 South Flagler Drive
West Palm Beach, Florida 33401

and

Susan Curtin, Esq.
U.S. Securities & Exchange Commission
801 Brickell Avenue
Suite 1801
Miami, Florida 33131

Re: Trade LLC v New Life Club

To the attorneys set forth above:

Attorney Butler told me to furnish him with a copy of the work I have done in this matter and that I intend to offer to the Court at the hearing on my fees next Friday. I enclose a photocopy of same to all of you.

My fee is based upon an hourly charge of $300.00 and the enclosed covers the period from when I was retained to the end of 2009 although my work continued until now and, I anticipate it continuing until the case is finished.

If any of you have any questions or wish to discuss the enclosed and/or the hearing please be advised that my cell phone number is set forth above and I hope to be available for your calls between the hours of 8:00 A.M. – 5:00 P.M.

Cordially,

Jack Ackerman

EXHIBIT "D"

# LLC v NewLife

| Date | Work | Time | Amount |
|---|---|---|---|
| 7/2/09 | Tele. w/Atty Taube | .1 | $30.00 |
| ✓ | E-mail to Atty Taube | .1 | 30.00 |
| ✓ | Open File | .1 | 30.00 |
| 7/29/09 | Tele w/Atty Taube | .1 | 30.00 |
| 7/30/09 | ✓ ✓ ✓ ✓ | .1 | 30.00 |
| ✓ | ✓ ✓ ✓ | .1 | 30.00 |
| ✓ | ✓ ✓ Tracy F. Hydra (Paralegal) | .1 | 30.00 |
| ✓ | ✓ ✓ Atty. Sallah | .1 | 30.00 |
| ✓ | R/R letter from Atty Sallah to Dist. Ct. | .1 | 30.00 |
| ✓ | R/R ✓ ✓ ✓ ✓ to Attys. | .1 | 30.00 |
| 7/31/09 | R/R copy of Complaint | .25 | 75.00 |
| 8/1/09 | E-mail to Atty Taube | .1 | 30.00 |
| 8/2/09 | E-mail to Atty Taube & Mr. Milton | .1 | 30.00 |
| 8/3/09 | Tele w/Atty Taube | .1 | 30.00 |
| ✓ | ✓ ✓ ✓ ✓ | .1 | 30.00 |
| ✓ | ✓ ✓ ✓ ✓ | .1 | 30.00 |
| ✓ | R/R Fax from Atty. Taube, completion of same & Fax back | .5 | 150.00 |
| ✓ | Tele. w/Mr. Milton | .1 | 30.00 |
| ✓ | Fax to Mr. Taube | .25 | 75.00 |
| 8/4/09 | Prep. for, travelling to & from & meeting w/ Mr. Milton | 2.1 | 630.00 |
| ✓ | R/R letter & enclosures from Atty Sallah | .25 | 75.00 |
| ✓ | Tele w/S. Johnson (Wachovia) | .1 | 30.00 |
| ✓ | Tele w/Atty Taube | .1 | 30.00 |
| ✓ | Tele w/Atty Curtin | .1 | 30.00 |
| ✓ | Tele w/CPA Shanel | .1 | 30.00 |

Page 1

| Date | Work | Time | Amount |
|---|---|---|---|
| 8/4/09 | Travelling to & from & meeting with Bank Representative | 2.25 | 630.00 |
| 8/5/09 | Tele w/Atty Curtin | .1 | 30.00 |
| ✓ | Tele w/CPA Schanel | .1 | 30.00 |
| ✓ | ✓ w/Atty Taube | .1 | 30.00 |
| ✓ | R/R e-mail message from Atty. Taube | .1 | 30.00 |
| ✓ | Tele. w/Mr. Milton | .1 | 30.00 |
| 8/6/09 | R/R e-mail from Atty Taube | .1 | 30.00 |
| 8/10/09 | R/R Notice from Bank | .1 | 30.00 |
| ✓ | Tele. w/Mr. Milton | .1 | 30.00 |
| ✓ | e-mail to ALL concerned | .2 | 60.00 |
| ✓ | Tele w/Atty Taube | .1 | 30.00 |
| ✓ | Travel to & from Atty. Taube's office & conference w/him & Mr. Milton | 1.25 | 375.00 |
| ✓ | R/R e-mail from Atty. Sallah | .1 | 30.00 |
| 8/11/09 | Prep for conference w/Wachovia branch Mgr. (Tim Garcia) & his Ass't (Sandra Jorel) & conference attendance | 1.5 | 450.00 |
| ✓ | e-mail to ALL concerned | .2 | 60.00 |
| ✓ | e-mail from Atty Taube & e-mail reply | .2 | 60.00 |
| ✓ | R/R returned check from Wachovia ($480.00) | .1 | 30.00 |
| 8/17/09 | R/R Emergency Motion, etc. | .25 | 75.00 |
| ✓ | R/R Def.'s Answer, Defenses, etc | .25 | 75.00 |

Page 2

| Date | Work | Time | Amount |
|---|---|---|---|
| 8/17/09 | R/R copy of Atty Butler's letter to Court | .1 | 30.00 |
| ✓ | R/R copy of Miller's Affidavit | .1 | 30.00 |
| ✓ | R/R copy of Proposed Order | .1 | 30.00 |
| 8/18/09 | e-mail to Atty Taube | .1 | 30.00 |
| ✓ | Tele w/ Atty Taube | .1 | 30.00 |
| ✓ | R/R Emergency Motion for Temp. Inj. | .2 | 60.00 |
| ✓ | Check calendar for Ct. hearing | .1 | 30.00 |
| ✓ | Travelling to & from & Attendance @ Conference w/ Atty Taube | 1.2 | 375.00 |
| 8/19/09 | Prep for Motion Hearing, conference with Attys before hearing, hearing attendance, & travelling to & from Ct. | 1.80 | 580.00 |
| ✓ | R/R 2 e-mail messages from Attys. Taube & Butler | .2 | 60.00 |
| r | Collect bank info as requested & e-mail same to Attys. | .3 | 90.00 |
| ✓ | R/R e-mail acknowledgment from Atty. Butler | .1 | 30.00 |
| ✓ | R/R copy of e-mail & Attachments from SEC | .25 | 75.00 |
| 8/20/09 | R/R e-mail from Atty Butler & copy of Ct. Order | .25 | 75.00 |
| ✓ | R/R copy of Atty Taube's e-mail to SEC | .1 | 30.00 |
| ✓ | e-mail confirmation to Atty Butler | .1 | 30.00 |

| Date | Work | Time | Amt. |
|---|---|---|---|
| 8/20/09 | e-mail to SEC | .1 | 30.00 |
| 8/24/09 | R/R letter & enclosures from SEC Atty | .25 | 75.00 |
| ✓ | collect papers for Reply to SWECF & letter to SEC Atty. | .3 | 90.00 |
| 8/27/09 | Tele w/Atty Taube | .1 | 30.00 |
| ✓ | R/R e-mail from Atty Taube, memo of law & motion to Remand | .3 | 90.00 |
| 8/28/09 | R/R Ct. Order re duties | .1 | 30.00 |
| 9/8/09 | e-mail to Mr. Milton | .1 | 30.00 |
| 9/10/09 | R/R e-mail from Mr. Milton | .1 | 30.00 |
| 9/14/09 | Tele w/Atty Taube | .1 | 30.00 |
| 9/24/09 | File Review & e-mail to Atty Taube | .3 | 90.00 |
| ✓ | Tele w/Atty Taube | .1 | 30.00 |
| ✓ | R/R e-mail from Atty. Taube | .1 | 30.00 |
| 9/25/09 | Prep. for Conf. w/Atty, Travelling to & from Atty. Taube's office & conference w/him | 1.2 | 375.00 |
| 9/28/09 | R/R letter from FL. Bar (IOTA) & follow up. | .25 | 75.00 |
| 9/30/09 | Letter to FLA Bar (IOTA) re interest | .1 | 30.00 |
| 10/8/08 | Tele w/FLA Bar | .1 | 30.00 |
| ✓ | e-mail to Atty Taube | .1 | 30.00 |
| 10/16/09 | R/R bank statements | .25 | 75.00 |
| 10/30/09 | File Review & e-mail from Atty Taube | .25 | 75.00 |
| ✓ | e-mail to Atty Taube | .1 | 30.00 |

| Date | Work | Time | Amt. |
|---|---|---|---|
| 11/17/09 | R/R bank statements | .2 | 60.00 |
| 11/19/09 | e-mail to Atty Taube | .1 | 30.00 |
| ✓ | R/R e-mail from Atty Taube | .1 | 30.00 |
| 2/4/09 | Prep. & filing of Motions | .9 | 270.00 |
| 12/7/09 | | | |
| 12/8/08 | | | |
| 2/9/09 | Tele calls, etc with attys & Bank Re garnishment | 1.4 | 420.00 |
| 2/10/09 | Prep for meeting w/ Atty Taube, travelling for same & meeting attendance re SEC etc. | 1.7 | 510.00 |
| ✓ | Prep of proposed Ct Order re February hearing | .25 | 75.00 |
| 2/14/09 | Travelling to Ct hearing & attendance | 1.1 | 330.00 |
| 12/15/09 | R&R Ct Order setting hearing & checking calendar | .1 | 30.00 |
| 12/22/09 | Tele re garnishment, tele to Wachovia rep., travelling to Wachovia & conference attendance | 1.3 | 390.00 |
| ✓ | e-mail to Attys | .1 | 30.00 |
| ✓ | R/R e-mail from Attys | .1 | 30.00 |
| ✓ | R/R e-mail from Atty Curtin & e-mail in return | .2 | 60.00 |
| ✓ | R/R e-mails from Attys | .1 | 30.00 |
| ✓ | Conference tele call with Attys | .1 | 30.00 |
| ✓ | R/R e-mail from Atty Taube | .1 | 30.00 |
| | Total for 2009 | | $8965 |