# Levine Kellogg Lehman Schneider + Grossman LLP
22nd Floor, Miami Center
201 S. Biscayne Blvd.
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Jeffrey C. Schneider, as Receiver  
for Trade-LLC, BD LLC, TWTT-LLC  
and CMJ Capital LLC

August 1, 2012  
Bill # 4393

Re: 78509-003  
Trade LLC - Receivership

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 12/01/11 | JCS | Draft website update. | 0.20 | 52.00 |
| 12/01/11 | JCS | Attention to issues regarding M. Baransky. | 0.10 | 26.00 |
| 12/02/11 | JCS | Continue attention to 1099 issues. | 0.60 | 156.00 |
| 12/03/11 | JCS | Review investor email regarding 1099 issue. | 0.10 | 26.00 |
| 12/03/11 | JCS | Strategize regarding 1099 issue. | 0.30 | 78.00 |
| 12/05/11 | JCS | Review and respond to emails from investors regarding 1099 issue. | 0.40 | 104.00 |
| 12/06/11 | JCS | Review Silent Standby dismissal notice and initial disclosures. | 0.20 | 52.00 |
| 12/06/11 | JCS | Attention to issues (and review and respond to CPA's emails) regarding 1099 issues. | 0.40 | 104.00 |
| 12/08/11 | JCS | Attention to issues regarding 1099-R. | 0.30 | 78.00 |
| 12/14/11 | JCS | Review order regarding status report. | 0.10 | 26.00 |
| 12/19/11 | JCS | Attention to issues regarding J. Ackerman fee request. | 0.30 | 78.00 |
| 12/20/11 | JCS | Review IRS letter. | 0.10 | 26.00 |
| 12/21/11 | JCS | Review and respond to investor inquiries. | 0.30 | 78.00 |
| 12/21/11 | JCS | Attention to issues regarding IRA check for investor. | 0.20 | 52.00 |
| 12/22/11 | JCS | Attention to issues regarding investor objections, 1099's, and omnibus motion regarding same. | 0.40 | 104.00 |
| 12/23/11 | JCS | Review and respond to CPA and group emails regarding 1099's and attendant deadlines to issue same. | 0.30 | 78.00 |
| 01/03/12 | JCS | Review CFTC status report. | 0.10 | 26.00 |
| 01/03/12 | JCS | Attention to issues regarding 1099. | 0.10 | 26.00 |



EXHIBIT A

| Client Ref: | 78509 - 003 | | August 1, 2012 |
|---|---|---|---|
| Bill # 4393 | | | Page 2 |

### Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/12 | JCS | Attention to investor inquiries. | 0.20 | 52.00 |
| 01/04/12 | JCS | Attention to issues regarding 1099's. | 0.30 | 78.00 |
| 01/11/12 | JCS | Attention to issues regarding 1099's. | 0.20 | 52.00 |
| 01/12/12 | JCS | Attention to issues regarding 1099 issues. | 0.30 | 78.00 |
| 01/18/12 | JCS | Review and revise motion for summary disposition and affidavit in support. | 0.40 | 104.00 |
| 01/19/12 | JCS | Attention to issues regarding investor inquiries. | 0.20 | 52.00 |
| 01/24/12 | JCS | Attention to issues regarding 1099's. | 0.30 | 78.00 |
| 01/25/12 | JCS | Draft investor letter. | 0.20 | 52.00 |
| 01/25/12 | JCS | Attention to issues regarding 1099's. | 0.20 | 52.00 |
| 01/27/12 | JCS | Attention to issues regarding 1099's. | 0.30 | 78.00 |
| 01/31/12 | JCS | Review and revise investor letter. | 0.20 | 52.00 |
| 02/02/12 | JCS | Review IRS letter regarding form 1065. | 0.20 | 52.00 |
| 02/03/12 | JCS | Review and analyze balance sheet. | 0.40 | 104.00 |
| 02/03/12 | JCS | Attention to issues regarding final distribution. | 0.60 | 156.00 |
| 02/03/12 | JCS | Attention to issues regarding 1099 to investors. | 0.20 | 52.00 |
| 02/03/12 | JCS | Draft letter to investors. | 0.30 | 78.00 |
| 02/04/12 | JCS | Review emails from investors regarding 1099's. | 0.30 | 78.00 |
| 02/06/12 | JCS | Revise investor letter. | 0.30 | 78.00 |
| 02/06/12 | JCS | Continue attention to 1099 issues. | 0.30 | 78.00 |
| 02/06/12 | JCS | Meeting with team regarding final distribution and closing case. | 0.40 | 104.00 |
| 02/07/12 | JCS | Revise investor letter. | 0.30 | 78.00 |
| 02/07/12 | JCS | Review and respond to emails from CPA's. | 0.20 | 52.00 |
| 02/09/12 | JCS | Review and respond to inquiries from investors regarding 1099's. | 0.40 | 104.00 |
| 02/13/12 | JCS | Review and respond to J. De Maria's emails regarding C. Reeves and T. O'Conner. | 0.20 | 52.00 |
| 02/15/12 | JCS | Review order regarding summary disposition. | 0.10 | 26.00 |
| 02/15/12 | JCS | Conference with P. Rengstl regarding same. | 0.20 | 52.00 |
| 02/16/12 | JCS | Review and revise notice letter and proof of service. | 0.20 | 52.00 |
| 02/17/12 | JCS | Review and revise motion for summary disposition of PGP claim. | 0.30 | 78.00 |

Client Ref: 78509 - 003  
Bill # 4393

August 1, 2012  
Page 3

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 02/17/12 | JCS | Strategize regarding PGP claim. | 0.20 | 52.00 |
| 02/17/12 | JCS | Review and revise report to court and investors. | 0.80 | 208.00 |
| 02/24/12 | JCS | Review and respond to investor inquires. | 0.60 | 156.00 |
| 02/25/12 | JCS | Review and respond to investor inquiries. | 0.60 | 156.00 |
| 03/01/12 | JCS | Review AJ Watson sentencing motion. | 0.30 | 78.00 |
| 03/05/12 | JCS | Review emails from Jool investors. | 0.30 | 78.00 |
| 03/05/12 | JCS | Strategize regarding Jool investors. | 0.80 | 208.00 |
| 03/06/12 | JCS | Attention to issues regarding Silent Standby lawsuit. | 0.30 | 78.00 |
| 03/07/12 | JCS | Prepare for call with CFF Receiver. | 0.70 | 182.00 |
| 03/07/12 | JCS | Attend call with CFF Receiver with A. Salazar and P. Rengstl. | 0.30 | 78.00 |
| 03/08/12 | JCS | Attention to issues regarding Silent Standby. | 0.30 | 78.00 |
| 03/08/12 | JCS | Review and revise notice regarding Jool claims. | 0.30 | 78.00 |
| 03/16/12 | JCS | Review filing by Jool Club investor. | 0.10 | 26.00 |
| 03/19/12 | JCS | Attention to issues regarding investor letter. | 0.10 | 26.00 |
| 03/26/12 | JCS | Attention to issues regarding filing of report. | 0.30 | 78.00 |
| 03/28/12 | JCS | Attention to issues regarding Center home. | 0.10 | 26.00 |
| 03/29/12 | JCS | Review motion to compel. | 0.10 | 26.00 |
| 04/17/12 | JCS | Attention to issues regarding F. Freedman deposition and transfer of funds issues. | 0.20 | 52.00 |
| 04/19/12 | JCS | Attention to issues regarding Equity Trust. | 0.10 | 26.00 |
| 04/30/12 | JCS | Attend meeting with C. Reeves and T. O'Conner regarding cash transfers. | 3.40 | 884.00 |
| 04/30/12 | JCS | Strategize regarding same. | 0.80 | 208.00 |
| 05/01/12 | JCS | Review JAD email. | 0.10 | 26.00 |
| 05/04/12 | JCS | Travel to and from and attend deposition/settlement conference with F. Freedman (Silent Standby). | 4.40 | 1,144.00 |
| 05/11/12 | JCS | Strategize regarding Silent Standby settlement. | 0.20 | 52.00 |
| 05/14/12 | JCS | Review and revise investor letter. | 0.20 | 52.00 |
| 05/14/12 | JCS | Meeting with team regarding final distribution. | 0.40 | 104.00 |
| 05/15/12 | JCS | Review and revise motion for break order, affidavit, and order. | 1.30 | 338.00 |
| 05/15/12 | JCS | Strategize regarding same. | 0.40 | 104.00 |

Client Ref: 78509 - 003  
Bill # 4393  

August 1, 2012  
Page 4

## Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/23/12 | JCS | Review AJ Watson case docket. | 0.30 | 78.00 |
| 05/24/12 | JCS | Revise investor letter. | 0.10 | 26.00 |
| 06/06/12 | JCS | Attention to issues regarding motion to make final distribution. | 0.40 | 104.00 |
| 06/07/12 | JCS | Meeting with team regarding final distribution motion and process. | 0.60 | 156.00 |
| 06/08/12 | JCS | Review break order. | 0.10 | 26.00 |
| 06/12/12 | JCS | Attention to issues regarding tax returns. | 0.20 | 52.00 |
| 06/20/12 | JCS | Attention to issues regarding T. O'Connor break order. | 0.50 | 130.00 |
| 06/22/12 | JCS | Review and respond to emails regarding execution procedure regarding T. O'Connor break order. | 0.20 | 52.00 |
| 06/26/12 | JCS | Attention to issues regarding T. O'Connor break order. | 0.30 | 78.00 |
| 06/26/12 | JCS | Attention to issues regarding late claim. | 0.30 | 78.00 |
| 06/27/12 | JCS | Meeting with U.S. Marshalls in advance of T. O'Connor search and conduct search of entire property. | 6.70 | 1,742.00 |
| 06/28/12 | JCS | Review emails regarding CFF issues and potential claim with Stenger's estate. | 0.20 | 52.00 |
| 06/29/12 | JCS | Review and respond to investor inquires. | 0.20 | 52.00 |
| 06/29/12 | JCS | Review Silent Standby agreement's changes with P. Rengstl. | 0.10 | 26.00 |
| 06/29/12 | JCS | Review email regarding same. | 0.10 | 26.00 |
| 07/02/12 | JCS | Review and revise status report regarding T. O'Connor. | 0.90 | 234.00 |
| 07/02/12 | JCS | Review and respond to B. Levenson email. | 0.20 | 52.00 |
| 07/09/12 | JCS | Review and revise motion for final distribution. | 0.80 | 208.00 |
| 07/10/12 | JCS | Continue reviewing and revising distribution motion. | 0.90 | 234.00 |
| 07/13/12 | JCS | Review T. O'Connor letter. | 0.10 | 26.00 |
| 07/18/12 | JCS | Conference call with F. Freedman regarding settlement. | 0.20 | 52.00 |
| 07/18/12 | JCS | Final revisions to motion for final distribution. | 0.40 | 104.00 |
| 07/25/12 | JCS | Attention to issues regarding changes to Silent Standby agreement. | 0.40 | 104.00 |

Client Ref:   78509 - 003                                          August 1, 2012
Bill # 4393                                                             Page 5

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 07/30/12 | JCS | Attention to issues regarding tax return preparation. | 0.40 | 104.00 |
| 07/31/12 | JCS | Attention to issues regarding reserve amount. | 0.30 | 78.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Jeffrey C. Schneider | 44.80 | 11,648.00 |
| Total Fees | 44.80 | $11,648.00 |

Current Bill Total Amount Due                                      $11,648.00

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
22nd Floor, Miami Center
201 S. Biscayne Blvd.
Miami, Florida 33131

| | |
|---|---|
| Bill # | 4393 |
| Bill Date: | August 1, 2012 |
| Client Code: | 78509 |
| Client Name: | Jeffrey C. Schneider, as Receiver |
| Matter Code: | 003 |
| Matter Name: | Trade LLC - Receivership |

Current Bill Total Amount Due     $11,648.00

Amount enclosed: _____