UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SECURITIES AND EXCHANGE COMMISSION )
)
              Plaintiff, )
)
v. )
)
TRADE-LCC, )    Case No. 9:10-cv-80737
PHILIP W. MILTON, and )
WILLIAM H. CENTER, )
)
             Defendants, )
)
BD LLC, )
TWTT-LLC, and )
CMJ CAPITAL LLC, )
)
             Relief Defendants. )

## ORDER GRANTING HUNTON & WILLIAMS LLP'S FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE RECEIVER, JEFFREY C. SCHNEIDER

**THIS CAUSE** is before the Court upon Hunton & Williams LLP (the "Law Firm"), Final Application for Allowance of Compensation and Reimbursement of Expenses as Special Counsel for the Receiver, Jeffrey C. Schneider (the "Final Application") for work performed during the period of December 1, 2010 through November 30, 2011 (DE 176).

The instant motion seeks authorization to pay the law firm $7,369.00 in fees and $254.28 in expenses, for a total award of $7,623.28, for the legal services it provided during the relevant time period. According to the Final Application, the Securities and Exchange Commission and the Commodity Futures Trading Commission either do not object or take no position with respect to the Final Application.

After reviewing the billing records and the instant motion, it is hereby **ORDERED** and **ADJUDGED** that:

1.  The Law Firm's Final Application is **GRANTED**.

2.  The Receiver is authorized to compensate the Law Firm in the amount of $7,623.28 (seven thousand six hundred twenty three dollars and twenty eight cents).

DONE and SIGNED in Chambers at West Palm Beach, Florida, this 5 day of Sept, 2012.

Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*