

# MARCUM
### ACCOUNTANTS & ADVISORS

|  |  |
|---|---|
| **Invoice Date:** 8/27/2012 | **Invoice #** 20120820 |
| **Payment Terms:** Due Upon Receipt | **Engagement #** 1008089 |
| **Send Payment To:** Marcum LLP | |

**JEFFREY C. SCHNEIDER, RECEIVER**

One SE Third Ave., 10th Floor
Miami, FL  33131

**201 SOUTH BISCAYNE BLVD., 34TH FLOOR**
**MIAMI, FL 33131**

**Wiring Info:** TD Bank
855 Franklin Ave.
Garden City, NY 11530
ABA #026013673   Account #7915750397
Please reference invoice number

*Please return top portion with remittance.*       Amount Enclosed $ _____

---

Proposed Fourth and Final Fee Application for allowance of compensation and reimbursement of expenses to Marcum, Receiver's Forensic Accountants. Period of March 1, 2012 through the end of the receivership – Case No. 10-CV-80737-Hurley/Hopkins. Consolidated with Case No. 10-CV-80738-Hurley/Hopkins for the Receivership.  Total Fee Application:      $25,000

|  |  |
|---|---|
| **New Charges** $ | **25,000.00** |



EXHIBIT A