IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 10-CV-80737-HURLEY/HOPKINS
(Consolidated with Case No. 10-CV-80738-HURLEY/HOPKINS for the Receivership)

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,
Plaintiff,

v.

TRADE-LLC, et al.,
Defendants,

v.

BD LLC, et al.,
Relief Defendants.
_____/

COMMODITY FUTURES TRADING
COMMISSION,
Plaintiff,

v.

TRADE-LLC, et al.,
Defendants,

BD LLC, et al.,
Relief Defendants.
_____/

## ORDER GRANTING FOURTH & FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES TO MARCUM, RECEIVER'S FORENSIC ACCOUNTANTS

THIS MATTER came before the Court on the Fourth & Final Application for Allowance of Compensation and Reimbursement of Expenses to Marcum, Receiver's Forensic Accountants [DE 183] ("Marcum's Fee Application"), filed on October 12, 2012. Having reviewed Marcum's Fee Application and being fully advised in the premises, it is:

**ORDERED and ADJUDGED** that Marcum's Fee Application [DE 183] is **GRANTED**. The Receiver is granted the authority to pay the fees and costs pursuant to Marcum's Fee Application.

**DONE and ORDERED** in chambers, at Palm Beach County, Florida, this 21st day of Oct., 2012.

*Daniel T.K. Hurley*
DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of record