IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 10-CV-80737-HURLEY/HOPKINS
(Consolidated with Case No. 10-CV-80738-HURLEY/HOPKINS for the Receivership)

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

Plaintiff,

v.

TRADE-LLC, et al.,

Defendants,

v.

BD LLC, et al.,

Relief Defendants.
_____/

COMMODITY FUTURES TRADING
COMMISSION,

Plaintiff,

v.

TRADE-LLC, et al.,

Defendants,

BD LLC, et al.,

Relief Defendants.
_____/

**ORDER GRANTING RECEIVER'S UNOPPOSED MOTION TO MODIFY
CLAIM AMOUNT OF FEDERAL COURT RECEIVER FOR CLAIMANT
CASH FLOW FINANCIAL AND RETURN AGREED AMOUNT OF FUNDS**

THIS CAUSE is before the Court upon the Receiver's Unopposed Motion to Modify Claim Amount of Federal Court Receiver for Claimant Cash Flow Financial, LLC ("CFF") and



Return Agreed Amount of Funds [DE 185] (the "Motion"). Having carefully reviewed the Motion, it is hereby **ORDERED AND ADJUDGED**:

The Motion [DE 185] is **GRANTED**. CFF's prior approved net claim amount of $6,010,359.67, as reflected in the previously-filed Claim Matrices [DE 136-1 and 173-1], is modified to reflect the return of $123,880.07 from CFF, as a claimant in the receivership, to the Receiver upon approval of such modified claim and deduction amount by the Honorable Lawrence P. Zatkoff. The Receiver is authorized to accept the return of $123,880.07 from the CFF Receiver, and the CFF Receiver shall pay this amount to the Receiver upon approval by the U.S. District Court for the Eastern District of Michigan, Southern Division, in the matter of *Commodity Futures Trading Commission v. Alan James Watson, et al.,* Case No.:11-cv-10949, for the release of such funds.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, on this ___ day of _____, 2013.

DANIEL T.K. HURLEY
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record