# Levine Kellogg Lehman Schneider + Grossman LLP

22nd Floor, Miami Center
201 S. Biscayne Blvd.
Miami, Florida 33131
Tax ID No. 27-1712833

Tax I.D.: 27-1712833

Jeffrey C. Schneider, as Receiver
for Trade-LLC, BD LLC, TWTT-LLC
and CMJ Capital LLC

June 18, 2013
Bill # 6611

Re:     78509-003
        Trade LLC - Receivership

## Professional Fees

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/12 | JCS | Review Silent Standby agreement. | 0.40 | 104.00 |
| 08/01/12 | JCS | Attention to issues regarding proposal for tax return preparation. | 0.40 | 104.00 |
| 08/07/12 | JCS | Attention to issues regarding motion for final distribution. | 0.20 | 52.00 |
| 08/10/12 | JCS | Attention to issues regarding distribution. | 0.30 | 78.00 |
| 08/10/12 | JCS | Review and revise 7th report. | 1.30 | 338.00 |
| 08/15/12 | JCS | Strategize regarding final distribution. | 0.60 | 156.00 |
| 08/15/12 | JCS | Review and revise email to Securities and Exchange Commission regarding same. | 0.20 | 52.00 |
| 08/20/12 | JCS | Attention to issues regarding data entry work for tax returns. | 0.60 | 156.00 |
| 08/20/12 | JCS | Draft to M. Berger regarding same. | 0.20 | 52.00 |
| 08/21/12 | JCS | Attention to issues regarding tax return preparation. | 0.40 | 104.00 |
| 08/22/12 | JCS | Attention to issues regarding motion for final distribution. | 0.40 | 104.00 |
| 08/23/12 | JCS | Attention to issues regarding 2nd distribution and late claimant distribution. | 0.30 | 78.00 |
| 08/24/12 | JCS | Attention to issues regarding Marcum data for tax returns. | 0.20 | 52.00 |
| 08/27/12 | JCS | Review and respond to investor inquiries. | 0.20 | 52.00 |
| 08/28/12 | JCS | Attention to issues regarding Cassazza settlement. | 0.20 | 52.00 |
| 08/30/12 | JCS | Attention to issues regarding tax returns. | 0.30 | 78.00 |
| 08/31/12 | JCS | Attention to issues regarding CFF receivership process. | 0.30 | 78.00 |



Client Ref:    78509 - 003
Bill # 6611

June 18, 2013
Page 2

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 09/05/12 | JCS | Prepare for call with CFF Receiver. | 0.30 | 78.00 |
| 09/05/12 | JCS | Attend call with CFF Receiver and P. Rengstl. | 0.30 | 78.00 |
| 09/05/12 | JCS | Strategize regarding same. | 0.20 | 52.00 |
| 09/05/12 | JCS | Review email regarding same. | 0.10 | 26.00 |
| 09/11/12 | JCS | Attention to issues regarding tax returns. | 0.30 | 78.00 |
| 09/11/12 | JCS | Attention to issues regarding claim amount. | 0.20 | 52.00 |
| 09/17/12 | JCS | Review investor emails. | 1.20 | 312.00 |
| 09/17/12 | JCS | Attention to issues regarding reserve amount and distribution. | 0.30 | 78.00 |
| 09/22/12 | JCS | Review and respond to inquiries from investors. | 0.40 | 104.00 |
| 10/01/12 | JCS | Attention to issues regarding investor claim percentage. | 0.20 | 52.00 |
| 10/03/12 | JCS | Attention to issues regarding final distribution. | 0.30 | 78.00 |
| 10/04/12 | JCS | Attention to issues regarding late claimant. | 0.40 | 104.00 |
| 10/04/12 | JCS | Attention to issues regarding second distribution. | 0.20 | 52.00 |
| 10/04/12 | JCS | Review and revise letter to investors. | 0.30 | 78.00 |
| 10/05/12 | JCS | Attention to issues regarding balance in accounts. | 0.60 | 156.00 |
| 10/10/12 | JCS | Attention to issues regarding distribution. | 0.30 | 78.00 |
| 10/10/12 | JCS | Review L. Duston e-mail regarding CFF investors. | 0.20 | 52.00 |
| 10/15/12 | JCS | Review IRS letter. | 0.10 | 26.00 |
| 10/19/12 | JCS | Update website regarding distribution. | 0.20 | 52.00 |
| 10/22/12 | JCS | Attention to issues regarding CFF payments. | 0.30 | 78.00 |
| 10/26/12 | JCS | Review and respond to investor e-mails regarding 1099. | 0.60 | 156.00 |
| 10/30/12 | JCS | Review 4140 forms. | 0.20 | 52.00 |
| 10/31/12 | JCS | Prepare for call with CFF receiver. | 0.20 | 52.00 |
| 10/31/12 | JCS | Attend call with CFF receiver. | 0.40 | 104.00 |
| 11/01/12 | JCS | Strategize regarding Equity Trust and valuation forms. | 0.90 | 234.00 |
| 11/01/12 | JCS | Strategize regarding F. Freedman settlement. | 0.10 | 26.00 |
| 11/01/12 | JCS | Draft letter to investors. | 0.40 | 104.00 |
| 11/01/12 | JCS | Review J. Gambles e-mail regarding CAMA and strategize regarding same. | 0.30 | 78.00 |

Client Ref:    78509 - 003
Bill # 6611

June 18, 2013
Page 3

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 11/01/12 | JCS | Review CFTC trial order. | 0.10 | 26.00 |
| 11/02/12 | JCS | Attention to issues regarding F. Franklin payment. | 0.10 | 26.00 |
| 11/06/12 | JCS | Attention to issues regarding receivership accounts. | 0.30 | 78.00 |
| 11/06/12 | JCS | Review F. Friedman agreement. | 0.40 | 104.00 |
| 11/07/12 | JCS | Attention to issues regarding Silent Standby agreement. | 0.40 | 104.00 |
| 11/08/12 | JCS | Prepare for call with F. Friedman. | 0.30 | 78.00 |
| 11/08/12 | JCS | Attend call with F. Friedman. | 0.20 | 52.00 |
| 11/08/12 | JCS | Strategize regarding call with F. Friedman. | 0.20 | 52.00 |
| 11/09/12 | JCS | Attention to issues regarding reserve amount. | 0.30 | 78.00 |
| 11/12/12 | JCS | Attention to issues regarding F. Friedman settlement. | 0.20 | 52.00 |
| 11/19/12 | JCS | Review subpoena. | 0.10 | 26.00 |
| 11/25/12 | JCS | Review and respond to inquires. | 0.20 | 52.00 |
| 12/02/12 | JCS | Review and revise letter to G. Centar's counsel. | 0.10 | 26.00 |
| 12/05/12 | JCS | Attention to issues regarding passport. | 0.20 | 52.00 |
| 12/05/12 | JCS | Strategize regarding CFF claim. | 0.40 | 104.00 |
| 12/05/12 | JCS | Conference with L. Duston regarding CFF claim. | 0.20 | 52.00 |
| 12/05/12 | JCS | Review TD Bank letter regarding P. Milton account. | 0.10 | 26.00 |
| 12/11/12 | JCS | Review R. Geary letter. | 0.10 | 26.00 |
| 12/13/12 | JCS | Conference with R. S. | 0.30 | 78.00 |
| 12/13/12 | JCS | Review and revise motion for contempt. | 0.30 | 78.00 |
| 12/17/12 | JCS | Revise letter to B. Center's counsel. | 0.20 | 52.00 |
| 12/20/12 | JCS | Review L. Duston emails regarding CFF resolution. | 0.30 | 78.00 |
| 12/21/12 | JCS | Attention to investor letter requesting "no further distributions" certification. | 0.20 | 52.00 |
| 12/21/12 | JCS | Review second communication from investor and address same. | 0.20 | 52.00 |
| 01/09/13 | JCS | Attention to issues regarding motion to stay. | 0.20 | 52.00 |
| 01/09/13 | JCS | Review order to show cause (Freedman). | 0.10 | 26.00 |
| 01/09/13 | JCS | Review and revise response to order to show cause. | 0.30 | 78.00 |
| 01/14/13 | JCS | Strategize regarding 1099's and closing case. | 0.30 | 78.00 |
| 01/15/13 | JCS | Review response to motion to compel (Freedman). | 0.20 | 52.00 |

Client Ref:     78509 - 003                                            June 18, 2013
Bill # 6611                                                                  Page 4

Professional Fees

| | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 01/17/13 | JCS | Review and revise reply. | 0.40 | 104.00 |
| 01/22/13 | JCS | Review J. B. letter. | 0.10 | 26.00 |
| 01/29/13 | JCS | Attention to issues regarding final 1099's | 0.40 | 104.00 |
| 02/06/13 | JCS | Attention to issues regarding 1099's. | 0.40 | 104.00 |
| 02/11/13 | JCS | Prepare for call with CFF receiver. | 0.80 | 208.00 |
| 02/11/13 | JCS | Attend same with P. Rengstl and L. Duston. | 0.40 | 104.00 |
| 02/12/13 | JCS | Review and revise letter to equity trust. | 0.30 | 78.00 |
| 02/12/13 | JCS | Conference with CFF receiver regarding settlement of claim amount. | 0.20 | 52.00 |
| 02/12/13 | JCS | Strategize regarding same. | 0.30 | 78.00 |
| 02/13/13 | JCS | Review and revise CFF motion and order. | 0.40 | 104.00 |
| 02/15/13 | JCS | Review D. Appeal email. | 0.10 | 26.00 |
| 02/19/13 | JCS | Review and respond to investor inquiries. | 0.30 | 78.00 |
| 03/04/13 | JCS | Review Franklin Freedman order. | 0.10 | 26.00 |
| 03/07/13 | JCS | Review CFF receiver's damages to motion to modify claim amount. | 0.20 | 52.00 |
| 03/19/13 | JCS | Review and revise final report. | 0.40 | 104.00 |
| 03/19/13 | JCS | Review and revise motion to close receivership. | 0.80 | 208.00 |
| 03/21/13 | JCS | Review and revise final report. | 0.30 | 78.00 |
| 03/21/13 | JCS | Review and revise order closing receivership. | 0.10 | 26.00 |
| 03/22/13 | JCS | Review F. Friedman response to order to show cause. | 0.20 | 52.00 |
| 04/03/13 | JCS | Review letter to G. Center. | 0.10 | 26.00 |
| 04/03/13 | JCS | Review and revise motion to close receivership. | 0.90 | 234.00 |
| 04/04/13 | JCS | Review and revise affidavit regarding Silent Standby. | 0.30 | 78.00 |
| 04/08/13 | JCS | Attention to issues regarding F. Friedman settlement. | 0.30 | 78.00 |
| 04/08/13 | JCS | Review and respond to CFF receiver emails. | 0.20 | 52.00 |
| 04/11/13 | JCS | Attend to issues regarding Franklin settlement. | 0.20 | 52.00 |
| 04/18/13 | JCS | Prepare for testimony in CFTC hearing. | 0.30 | 78.00 |
| 04/19/13 | JCS | Prepare for testimony in CFTC proceeding. | 4.30 | 1,118.00 |
| 04/22/13 | JCS | Attend meeting with CFTC counsel. | 4.80 | 1,248.00 |
| 04/23/13 | JCS | Prepare for testimony in CFTC proceeding. | 1.80 | 468.00 |

Client Ref:    78509 - 003
Bill # 6611

June 18, 2013
Page 5

## Professional Fees

|  | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 04/23/13 | JCS | Review W. Center motion to continue. | 0.10 | 26.00 |
| 04/24/13 | JCS | Attend and testify at CFTC hearing. | 8.70 | 2,262.00 |
| 05/02/13 | JCS | Review discharge order. | 0.10 | 26.00 |
| 05/02/13 | JCS | Draft final status letter. | 0.20 | 52.00 |
| 05/16/13 | JCS | Attention to issues regarding F. Franklin money. | 0.10 | 26.00 |
| 05/16/13 | JCS | Attention to issues regarding P. Stenger motion. | 0.20 | 52.00 |
| 05/17/13 | JCS | Review W. Center judgment. | 0.30 | 78.00 |
| 05/21/13 | JCS | Attention to issues regarding CFF receiver claim. | 0.20 | 52.00 |

## Fee Summary

| Name | Hours | Amount |
|---|---|---|
| Jeffrey C. Schneider | 51.80 | 13,468.00 |
| Total Fees | 51.80 | $13,468.00 |

Current Bill Total Amount Due                                      $13,468.00

# Please return this page with remittance

to
Levine Kellogg Lehman Schneider + Grossman LLP
22nd Floor, Miami Center
201 S. Biscayne Blvd.
Miami, Florida 33131

Bill #             6611
Bill Date:         June 18, 2013
Client Code:       78509
Client Name:       Jeffrey C. Schneider, as Receiver
Matter Code:       003
Matter Name:       Trade LLC - Receivership

Current Bill Total Amount Due          $13,468.00

Amount enclosed: _____